[Nos. 7009-0-II; 7149-0-II. Division Two. October 24, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANNE KIMBERLY MCCRACKEN, ET AL, *Appellants*.

Appeals from judgments of the Superior Court for Cowlitz County, No. 82-1-00210-8, Don L. McCulloch and Milton R. Cox, JJ., entered April 14 and July 8, 1983. *Reversed* and *remanded* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 6839-7-II. Division Two. October 24, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. GENE SEVIER WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 82-1-01419-4, Waldo F. Stone, J., entered December 23, 1982. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Reed, J.

[No. 14062-1-I. Division One. October 28, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD BRUCE VAN DRIEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-01128-7, Jerome M. Johnson, J., entered November 2, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, A.C.J., and Grosse, J.